Paul J. Valentine – 029393
pvalentine@jsslaw.com
Andy J. Chambers – 023146
achambers@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Plaintiff/Creditor Wendy Hall*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Scott Welty, | Case No. 2:16-bk-11089 (BKM) |
| Debtor. | Adversary No. 2:17-ap-00125 |
| Wendy Hall, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| Vs. | |
| Scott Welty, | |
| Defendant. | |

I, HOLLY ANDREWS, state as follows:

I am an Administrative Legal Assistant with the law firm of Jennings, Strouss & Salmon, P.L.C., counsel for Wendy H. Hall ("Plaintiff") in the above-captioned case, and I am authorized to make this certificate on behalf of the Plaintiff.

I am a citizen of the United States of America, over the age of 18, and I am otherwise competent to testify to the facts stated herein.

On February 7, 2017, I caused copies of the *Complaint to Determine Nondischargeability of Debt Pursuant To 11 U.S.C. §§ 523 (A)(2)(A), (A)(2)(B), And (A)(5) and Objection to Discharge* [Dkt. #1] and the *Summons in an Adversary Proceeding* [Dkt. #3] to be served by

5544364v1/66115.1
Case 2:17-ap-00125-BKM    Doc 4    Filed 02/08/17    Entered 02/08/17 09:21:46    Desc
Main Document    Page 1 of 2

regular first class United States mail and Certified Mail, postage fully-prepaid, on Defendant Scotty Welty at the address below:

Scott Welty
7921 E. Glade Ave.
Mesa, AZ 85209

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of February, 2017.

/s/ Holly Andrews
Holly Andrews